DEVOY v. UNITED STATES.

(Circuit Court, S. D. New York.   May 28, 1906.)

No. 3,723.

CUSTOMS DUTIES — CLASSIFICATION — BOX TOPS — SURFACE-COATED PAPER — LITHOGRAPHIC PRINTS.

Box tops made of surface-coated paper and having designs printed by the lithographic process are dutiable as "surface-coated papers * * * printed," under paragraph 398, Tariff Act July 24, 1897, c. 11, § 1, Schedule M, 30 Stat. 188 [U. S. Comp. St. 1901, p. 1671], rather than as lithographic prints under paragraph 400, § 1, Schedule M, 30 Stat. 188 [U. S. Comp. St. 1901, p. 1672].

On Application for Review of Decisions of the Board of United States General Appraisers.

One of the decisions below is reported as G. A. 5,814 (T. D. 25,676). The board affirmed the assessment of duty by the collector of customs at the port of New York, on merchandise consisting of paper made in regular sizes and shapes, with pictorial designs thereon, being intended to be used as tops or covers for candy boxes, handkerchief cases, sachet boxes, etc. The board held them to have been properly classified as lithographic prints, under paragraph 400, Tariff Act July 24, 1897, c. 11, § 1, Schedule M, 30 Stat. 188 [U. S. Comp. St. 1901, p. 1672], and overruled the importer's contention that they were dutiable under paragraph 398, § 1, Schedule M, 30 Stat. 188 [U. S. Comp. St. 1901, p. 1671], relating to "surface-coated papers not specially provided for, * * * if printed." In the circuit court, further evidence was introduced in behalf of the importer, being to the effect that the goods in controversy, though bearing decorative designs embossed by the lithographic process, were not commercially known as "lithographic prints," and that they would be regarded commercially as surface-coated paper.

Comstock & Washburn (Albert H. Washburn, of counsel), for importer.

Charles Duane Baker, Asst. U. S. Atty.

PLATT, District Judge.   The decision of the Board of General Appraisers is reversed.